## PATTON v. FIRST NAT. BANK OF GARLAND. (No. 7850.)

Court of Civil Appeals of Texas. San Antonio.
Dec. 21, 1927.

Rehearing Denied Jan. 18, 1928.

**1. Appeal and error ⊗⇒907(3)—There being no bill of exceptions or statement of facts, recitals in judgment on note held to give rise to presumption of sufficient evidence to support judgment.**

In action on note, recitals in judgment that jury was waived, and that court, after considering evidence and hearing argument, gave judgment for plaintiff, *held* to give rise to presumption on appeal that there was sufficient evidence to support judgment, there being no bill of exceptions or statement of facts.

**2. Costs ⊗⇒260(1)—On failure to show legal defense to note providing for attorney's fees, 10 per cent. damages may be added to judgment on appeal for delay.**

In action on note providing for attorney's fees, where no legal defense was shown, 10 per cent. damages may be added to judgment on appeal for delay.

Error from Dallas County Court at Law No. 2; Wm. M. Cramer, Judge.

Action by the First National Bank of Garland against J. C. Patton and others on a note. Judgment for plaintiff, and the named defendant brings error. Affirmed, and 10 per cent. damages added to judgment for delay.

Lee R. Stroud, of Dallas, for plaintiff in error.

Leake, Henry, Wozencraft & Frank, of Dallas, for defendant in error.

COBBS, J. This suit was to recover on a promissory note in the principal sum of $5,000, bearing 8 per cent. interest per annum, and providing for 10 per cent. attorney's fees.

There is no statement of facts or findings of fact made by the court filed, but the judgment of the court recites:

"On this the 4th day of November, 1925, came on to be heard the above numbered and entitled cause, came the parties by their respective attorneys, and announced ready for trial, a jury being waived, and then came on to be heard the said cause, and, after the consideration of the evidence and the hearing of the argument, the court is of the opinion that the plaintiff ought to recover.

"It is therefore ordered, adjudged, and decreed by the court that the plaintiff, First National Bank of Garland, a corporation, do have and recover of the defendants J. C. Patton, A. F. Bell, and W. H. Bell, and each of them, the sum of $324.31, with interest thereon from this date at the rate of 8 per cent. per annum; for all of which let execution issue."

Defendant in error filed no brief, but filed a proper motion for an affirmance of the judgment, with 10 per cent. damages for delay.

[1, 2] From the recitals in the judgment we presume there was sufficient and ample evidence to support the judgment, and, as there is no legal defense shown, and no errors presented that should cause a reversal, the judgment is affirmed, with 10 per cent. damages thereon for delay.